JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIRTA NIDIA GALDAMEZ, | Case No. EDCV 13-00630-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: January 27, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge